IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARC DBPPROP001, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-1995 |
| | : | |
| EASTON BUFFET LLC, et al. | : | |

## ORDER

AND NOW, this 24th day of September, 2019, upon consideration of Plaintiff ARC DBPPROP001, LLC's (ARC) Motion for Summary Judgment, Defendants Easton Buffet LLC, Jin Chun Yang, and Dan Li's Motion for Summary Judgment, the responses thereto, and the parties' presentations at the January 9, 2019, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED as follows:

- ARC's Motion for Summary Judgment (Document 23) is GRANTED and Judgment is entered in favor of ARC on all claims in ARC's Complaint;

- For ARC's breach of contract claims (Counts I & II), ARC is DIRECTED to file an updated estimation of damages on or before October 8, 2019;

- For ARC's ejectment claim (Count III), Judgment for Possession is entered in favor of ARC and against Easton, for the premises located at 377 Easton Road, Warrington, Pennsylvania 18976;

- Defendants' Motion for Summary Judgment (Document 22) is DENIED; and

- ARC's Motion in Limine (Document 28) is DISMISSED as moot.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.